**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| **MARCO VERCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case #2023-cv-03289-SEM-KLM** |
| ) | |
| **CURRY CHIROPRACTIC, P.A.,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS

NOW COMES Defendant, by and through its undersigned counsel, for this Motion to Dismiss made pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. In support thereof, Defendant states as follows:

### Summary of Argument

Plaintiff brings a two-count complaint for copyright infringement (Count I) and for removal of copyright management information (Count II), which seeks a preliminary and permanent injunction. Plaintiff's Complaint must be dismissed because the Court lacks subject matter jurisdiction over Plaintiff's claims because "Curry Chiropractic, P.A." does not exist and has never existed. "Curry Chiropractic, LLC" is a valid and existing limited liability company organized under the laws of the State of Illinois; however, "Curry Chiropractic, LLC" was not formed until Articles of Organization were filed with the Illinois Secretary of State on November 5, 2021, which is over one (1) year after the Plaintiff claims to have discovered the alleged copyright infringement.

### Standard of Review

Rule 12(b)(1) empowers a court to dismiss a complaint for "lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1). "Motions to dismiss under Rule 12(b)(1) are meant to test the

sufficiency of the complaint, not to decide the merits of the case," and "[i]n the context of a motion to dismiss for lack of subject matter jurisdiction, [the court] accept[s] as true the well pleaded factual allegations, drawing all reasonable inferences in favor of the plaintiff[.]" *Center for Dermatology & Skin Cancer, Ltd. v. Burwell*, 770 F.3d 586, 588 (7th Cir. 2014). However, "a plaintiff faced with a 12(b)(1) motion to dismiss bears the burden of establishing that the jurisdictional requirements have been met." *Id*. The district court is permitted to look beyond the jurisdictional allegations of the complaint and view any evidence submitted on the issue to determine whether subject matter jurisdiction exists. *Ezekiel v. Michel*, 66 F.3d 894, 897 (7th Cir. 1995) "Moreover, when the party moving for dismissal under Rule 12(b)(1) challenges the factual basis for jurisdiction, the nonmoving party (i.e., the plaintiff) must submit affidavits and other relevant evidence to resolve the factual dispute regarding the court's jurisdiction." *Kontos v. U.S. Dep't of Lab.*, 826 F.2d 573, 576 (7th Cir. 1987).

Accordingly, the Plaintiff bears the burden of establishing that this Court has jurisdiction to hear his claims against a non-existent entity and otherwise against an entity that did not exist under the laws of the State of Illinois at the times alleged in the Complaint.

## <u>Argument</u>

Plaintiff's Complaint must be dismissed for lack of subject matter jurisdiction. Plaintiff sued "Curry Chiropractic, P.A." There is no entity known as the "Curry Chiropractic, P.A." A nonexistent entity cannot be sued. Fed. R. Civ. P. 17(b).

Furthermore, the Court is allowed to take judicial notice of matters of public record, including records maintained by the Illinois Secretary of State. <u>See</u>: *Ennenga v. Starns*, 677 F.3d 766, 773–74 (7th Cir. 2012) (stating that, on a motion to dismiss, "[a] court may take judicial notice of facts that are (1) not subject to reasonable dispute and (2) either generally

known within the territorial jurisdiction or capable of accurate and ready determination through sources whose accuracy cannot be questioned"); <u>See also</u>: *Trent v. Ohio Nat'l Life Ins. Co.*, No. CIV. 10 715-GPM, 2010 WL 4385496, at *3 (S.D. Ill. Oct. 28, 2010) (taking judicial notice of online records of corporations maintained by the Illinois Secretary of State).

A simple search of just "Curry Chiropractic" on the Illinois Secretary State's website, which resulted are attached hereto as <u>EXHIBIT 1</u>, reveals the proper and legal name of the entity "Curry Chiropractic". As shown on the attached <u>EXHIBIT 2</u>, Curry Chiropractic, LLC was not formed until November 5, 2021. Curry Chiropractic, LLC changed its name on August 7, 2023 to Curry Chiropractic, PLLC, which is reflected on <u>EXHIBIT 3</u> attached hereto and incorporated herein. These facts were readily accessible to the Plaintiff before he filed his Complaint.

Additionally, this is **<u>not</u>** a misnomer type of case whereby the proper party is before the court but was improperly identified. Only "Curry Chiropractic, P.A." is before the Court. Even if we concede that identifying Curry Chiropractic, PLLC (f/k/a Curry Chiropractic, LLC) as "Curry Chiropractic, P.A." was a misnomer, the fact remains that Curry Chiropractic, PLLC (f/k/a Curry Chiropractic, LLC) was not in existence at the time of the alleged wrongdoing detailed in Plaintiff's Complaint. Rather, this is a case of mistaken identity. The wrong defendant altogether was sued. A claim could not possibly accrue at any point in 2020 against Curry Chiropractic, PLLC (f/k/a Curry Chiropractic, LLC) because it did not exist until November 5, 2021.

The statute of limitations for a copyright infringement case in three (3) years from when a reasonable person in the plaintiff's position would have discovered the infringement. 17 U.S.C. § 507(b); <u>see also</u>: *Johnson v. Cypress Hill*, 619 F. Supp. 2d 537, 543 (N.D. Ill. 2008). "[R]elation back is generally allowed in order to correct a misnomer of defendant where the proper defendant is already in court and the effect is merely to correct the name under which he is sued. But a new

3:23-cv-03289-SEM-KLM   # 5   Filed: 10/27/23   Page 4 of 8

defendant cannot normally be substituted or added by amendment after the statute of limitations has run." *Wood v. Worachek,* 618 F.2d 1225, 1229 (7th Cir.1980) (*quoting Oliefabrik v. Smith Corp.,* 22 F.R.D. 33, 36 (E.D.Wisc.1958)).

Thus, at this point in time, no claim can be brought against any other entity or individual under the facts alleged in Plaintiff's Complaint. Such a complaint would be time-barred pursuant to 17 U.S.C. § 507(b).

WHEREFORE, Defendant prays that this Honorable Court dismiss the Complaint with prejudice, with its costs herein expended, and for such other relief as this Court deems just or proper.

Respectfully submitted,

/s/ Patrick J. Sheehan, III
Attorney for Defendant

*Attorneys for Defendant:*
Patrick J. Sheehan, III (#6317916)
SHEEHAN & SHEEHAN, LAWYERS, P.C.
1215 South 4th Street
Springfield, IL  62703
(217) 544-0701| jr@sheehanlaw.net

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on October 27, 2023, I filed the within MOTION TO DISMISS with the Clerk of the Court using the electronic filing system (CM/ECF) which will send notification of such filing to the following:

Evan A. Anderson
SRIPLAW, P.A.
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
evan.anderson@sriplaw.com

                 /s/ Patrick J. Sheehan, III



Office of the Secretary of State

ilsos.gov



EXHIBIT 1

**New Facility Hours and Appointments**
**APPOINTMENTS REQUIRED** for REAL ID, DL/ID card services and in-car driving tests.
Check your local DMV facility for extended hours and appointment availability.

✕

# Business Entity Search

○ Name    ○ Keyword    ○ Partial Word    ○ File Number

**Start a New Search** required

**Filter by Entity**

All

On a mobile device, swipe left or right to view the full data

Show  100  entries

Search:

| File Number | ↑ | Entity Type | ↓ | Entity Name | ↓ | Entity Status | ↓ | Re E |
|---|---|---|---|---|---|---|---|---|
| 11090532 | | LLC (OLD) | | CURRY CHIROPRACTIC, LLC | | ACTIVE | | 11 |
| 11090532 | | LLC (MST) | | CURRY CHIROPRACTIC, PLLC | | ACTIVE | | 11 |

**Showing 1 to 2 of 2 entries**

Previous | 1 | Next



Form **LLC-5.5**

**Illinois
Limited Liability Company Act
Articles of Organization**

FILE # **11090532**

**Secretary of State Jesse White**
Department of Business Services
Limited Liability Division
www.ilsos.gov

Filing Fee:     $150

Approved By:     <u>AJW</u>

**FILED**

**NOV 05 2021**

**Jesse White
Secretary of State**

EXHIBIT 2

1.  Limited Liability Company Name: <u>CURRY CHIROPRACTIC, LLC</u>

2.  Address of Principal Place of Business where records of the company will be kept:
    <u>2536 FARRAGUT DR.</u>

    <u>SPRINGFIELD, IL 62704</u>

3.  The Limited Liability Company has one or more members on the filing date.

4.  Registered Agent's Name and Registered Office Address:

    JOHN C. CURRY
    2536 FARRAGUT DR.
    SPRINGFIELD, IL 62704

5.  Purpose for which the Limited Liability Company is organized:
    "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6.  The LLC is to have perpetual existence.

7.  Name and business addresses of all the managers and any member having the authority of manager:

    CURRY, JOHN C.
    2536 FARRAGUT DR.
    SPRINGFIELD, IL 62704

8.  **Name and Address of Organizer**
    I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

    Dated: NOVEMBER 05, 2021              JOHN C. CURRY
                                          2536 FARRAGUT DR.
                                          SPRINGFIELD, IL 62704

This document was generated electronically at www.ilsos.gov

 Office of the Secretary of State
ilsos.gov

 EXHIBIT 3

**New Facility Hours and Appointments**
**APPOINTMENTS REQUIRED** for REAL ID, DL/ID card services and in-car driving tests. Check your local DMV facility   ✕
for extended hours and appointment availability.

# Business Entity Search

## Entity Information

| | |
|---|---|
| **Entity Name** | CURRY CHIROPRACTIC, PLLC |
| **Principal Address** | 2536 FARRAGUT DR. SPRINGFIELD,IL 627040000 |

| | | | |
|---|---|---|---|
| **File Number** | 11090532 | **Status** | ACTIVE on 10-04-2023 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **Org. Date/Admission Date** | 11-05-2021 | **Jurisdiction** | IL |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 10-04-2023 | **Annual Report Year** | 2023 |
| **Agent Information** | JOHN C. CURRY 2536 FARRAGUT DR. SPRINGFIELD, IL 62704 | **Agent Change Date** | 11-05-2021 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Date Filed ↑ | Old LLC Name ↓ |
|---|---|
| 08-07-2023 | CURRY CHIROPRACTIC, LLC |

Showing 1 to 1 of 1 entries

Previous  1  Next