UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO.: 3:23-cv-03289

MARCO VERCH,

    Plaintiff,

v.

JOHN C. CURRY d/b/a CURRY CHIROPRACTIC and CURRY CHIROPRACTIC, PLLC.

    Defendant,

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Marco Verch, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action, **without prejudice** against Defendant CURRY CHIROPRACTIC, PLLC.

Dated: January 04, 2024

Respectfully submitted,

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
561.404.4350 - Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK